# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Carlos Alberto Lizarraga-Felix**<br>YOB: 1977; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-01537MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 10, 2022, at or near Big Fields, in the District of Arizona, **Carlos Alberto Lizarraga-Felix**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on January 22, 2014, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Carlos Alberto Lizarraga-Felix** is a citizen of Mexico. On January 22, 2014, **Carlos Alberto Lizarraga-Felix** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On March 10, 2022, agents found **Carlos Alberto Lizarraga-Felix** in the United States at or near Big Fields, Arizona, without the proper immigration documents. **Carlos Alberto Lizarraga-Felix** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 14, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54